Howard N. Wollitz, SBN 58674
WILLIAMS & WOLLITZ PC
1539 Westwood Blvd., Second Floor
Los Angeles, California 90024
(310) 801-7185
hwollitz@wwlawcorp.com

Attorneys for Plaintiff
INFINITY SELECT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY SELECT INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER GENERAL ENGINEEING CONSTRUCTION, MICHAEL BRYANT, MARK EDWARD MACDONALD, and JOHN ARTHUR RUBIO,<br><br>Defendants. | Case No. 8:24-cv-00613 JWH (KESx)<br><br>**PLAINTIFF INFINITY SELECT INSURANCE COMPANY'S NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40-2, plaintiff Infinity Select Insurance Company gives notice that this case has settled. A declaration of Infinity Select's counsel, Howard N. Wollitz, is being filed contemporaneously regarding the settlement and a request that this Court retain jurisdiction over the matter for about three weeks to allow the documentation of the settlement to be finalized in response to this Court's Order to Show Cause dated September 23, 2024.

WILLIAMS & WOLLITZ PC

By: /s/ Howard N. Wollitz
    Howard N. Wollitz
Attorneys for Plaintiff
INFINITY SELECT INSURANCE COMPANY